**DWANA SIMONE BAIN**
**(CA State Bar No. 262692)**
**ATTORNEY AT LAW**
2443 FILLMORE St. #380-8599
SAN FRANCISCO, CA 94115
TELEPHONE: 415-610-8155
EMAIL:Dwana.Bain@gmail.com
Attorney For : BRIAN THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMPSON,<br><br>Plaintiff,<br>Vs.<br>MEGAN J. BRENNAN, POSTMASTER GENERAL<br><br>UNITED STATES POSTAL SERVICE (PACIFIC AREA), AGENCY | Case Number: 3:17-cv-03798<br><br>**STIPULATION & [PROPOSED] ORDER TO CHANGE BRIEFING DEADLINES CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: January 18, 2017 Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Fl. Hon. Edward M. Chen |

Subject to the approval of the court, it is hereby stipulated by and between the parties that

briefing deadlines for the Defendant's Motion to Dismiss will be amended as follows:

STIPULATION 3:17-cv-03798

**DWANA SIMONE BAIN**
Attorney at Law
2443 Fillmore St. #380-8599
San Francisco CA 94115
(415) 610-8155

1

Plaintiff will file an opposition by December 11, 2017.

Defendant will file a reply by December 18, 2017.

The parties request that any hearing on Defendant's Motion to Dismiss be set for January 18, 2018. The parties have met and conferred at the court's direction and have agreed to the above-listed briefing schedule.

Subject to the approval of the court, the parties further stipulate that the initial case management conference, currently set for January 11, 2018 at 9:30 a.m., be continued until January 18, 2018 at 9:30 a.m. The parties seek this continuance in response to Plaintiff's counsel's request for additional time to file a response due to counsel's illness.

Plaintiff's counsel has a trial scheduled the week of January 9 (a trial that was continued unexpectedly), which could conflict with the January 11 case management conference. At Plaintiff counsel's request, the parties stipulated to continue the CMC to and the hearing date to January 18 so that Plaintiff's counsel will be available.

Respectfully submitted,
Dated: December 4, 2017

/S/
_____
DWANA SIMONE BAIN*
Attorney for Plaintiff

STIPULATION 3:17-cv-03798

**DWANA SIMONE BAIN**
Attorney at Law
2443 Fillmore St. #380-8599
San Francisco CA 94115
(415) 610-8155

2

Dated: December 4, 2017

                            BRIAN J. STRETCH
                            United States Attorney

                                      /S/
                            _____
                            JENNIFER S WANG
                            Assistant United States Attorney
                            for Federal Defendant

\* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that the

Defendants concurred in the filing of this document.

STIPULATION 3:17-cv-03798

**DWANA SIMONE BAIN**
Attorney at Law
2443 Fillmore St. #380-8599
San Francisco CA 94115
(415) 610-8155

3

# [~~PROPOS~~ED] ORDER

The Court, having considered the stipulation of the parties, orders that the Plaintiff's reply to the Defendant's Motion to Dismiss shall be filed by December 11, 2017.

The Defendant's Reply shall be filed by December 18, 2017.

The Defendant's Motion to Dismiss will be set for hearing on January 18, 2018.

It is further ordered that the initial case management conference currently set for January 11, 2018 at 9:30 a.m. is rescheduled for January 18, 2018 at ~~9:30~~ 1:30 pm a.m., and the deadline for the parties to file a joint case management statement is extended until January 11, 2018.

IT IS SO ORDERED.

DATED: 12/6/17

_____
EDWARD M. CHEN
District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

STIPULATION 3:17-cv-03798

**DWANA SIMONE BAIN**
Attorney at Law
2443 Fillmore St. #380-8599
San Francisco CA 94115
(415) 610-8155

4