1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  JENNIFER S WANG (CABN 233155)
   Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   FAX: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant
MEGAN J. BRENNAN, U.S. Postmaster
General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN THOMPSON, | CASE NO. 17-CV-03798 EMC |
| Plaintiff, | |
| v. | **STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| MEGAN J. BRENNAN, POSTMASTER GENERAL, | |
| Defendant. | |

Subject to the approval of the court, it is hereby stipulated by and between the parties that the further case management conference, currently set for March 29, 2018 at 10:30 a.m., be continued until May 24, 2018 at 1:30 p.m.

The parties seek this continuance because defendant's motion to dismiss the First Amended Complaint is currently pending and set for hearing on May 24, 2018, at 1:30 p.m.  The parties believe that continuing the case management conference until May 24, 2018, after the briefing on defendant's motion to dismiss is completed, will allow the parties to engage in a more meaningful meet and confer prior to the case management conference and to file a more effective joint case management statement.

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. 17-CV-3798 EMC                              1

For the reasons stated above, the parties respectfully request that the further case management conference currently scheduled for March 29, 2018 at 9:30 a.m., be continued to May 24, 2018 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: March 20, 2018

Respectfully submitted,
ALEX G. TSE
Acting United States Attorney

/s/ Jennifer S Wang

JENNIFER S WANG*
Assistant United States Attorney
Attorney for Federal Defendants

Dated: March 20, 2018

/s/ Dwana Simone Bain

DWANA SIMONE BAIN
Attorney for Plaintiff

* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that plaintiff has concurred in the filing of this document.

**[~~PROPOSED~~] ORDER**

The Court, having considered the stipulation of the parties, orders that the further case management conference currently set for March 29, 2018 at 10:30 a.m. is rescheduled for May 24, 2018 at 1:30 p.m., and the deadline for the parties to file a joint case management statement is extended until May 17, 2018.

IT IS SO ORDERED.

DATED: 3/21/18

_____
Judge Edward M. Chen
United States District Judge

IT IS SO ORDERED